**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:
   Sean Sullivan
   _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   N/A
   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   N/A
   _____

-2-

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:
Colorado
_____

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:
Colorado
_____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:
Colorado
_____

7. District Court and Division in which venue would be proper absent direct filing:
United States District Court for the District of Colorado
_____

8. Defendants (check Defendants against whom Complaint is made):

   ☑ C.R. Bard Inc.

   ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:
   _____
   _____
   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery® Vena Cava Filter
- ☐ G2® Vena Cava Filter
- ☑ G2® Express (G2®X) Vena Cava Filter
- ☐ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter
- ☐ Denali® Vena Cava Filter
- ☐ Other: _____

11. Date of Implantation as to each product:
    March 12, 2014

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☑ Count I:     Strict Products Liability – Manufacturing Defect
- ☑ Count II:    Strict Products Liability – Information Defect (Failure to Warn)
- ☑ Count III:   Strict Products Liability – Design Defect
- ☑ Count IV:    Negligence - Design
- ☑ Count V:     Negligence - Manufacture
- ☑ Count VI:    Negligence – Failure to Recall/Retrofit
- ☑ Count VII:   Negligence – Failure to Warn
- ☑ Count VIII:  Negligent Misrepresentation
- ☑ Count IX:    Negligence *Per Se*

☑ Count X:     Breach of Express Warranty

☑ Count XI:    Breach of Implied Warranty

☑ Count XII:   Fraudulent Misrepresentation

☑ Count XIII:  Fraudulent Concealment

☑ Count XIV:   Violations of Applicable CO Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV:    Loss of Consortium

☐ Count XVI:   Wrongful Death

☐ Count XVII:  Survival

☑ Punitive Damages

☑ Other(s):    <u>All claims for Relief set forth in the Master Complaint for an amount to be determined by the trier of fact including for the following</u>: (please state the facts supporting this Count in the space immediately below)

_____

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

-4-

RESPECTFULLY SUBMITTED this 31 day of May, 2019.

        **MCDONALD WORLEY, PLLC**

        By: */s/ William Barfield*
            William "Bill" Barfield
            TX State Bar No. 24031725
            Scott Fraser
            TX State Bar No. 24093452
            scott@mcdonaldworley.com
            1770 St. James Place, Suite 100
            Houston, Texas 77056
            (713) 523-5500 (Telephone)
            (713) 523-5501 (Facsimile)

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31 day of May, 2019 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

        */s/ William Barfield*

-5-